# NORIEGA & ASSOCIATES

## ATTORNEYS AT LAW, LLC

45 ACADEMY STREET
SUITE 301
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 622-0050
FAX:    (973) 622-0668

MICHAEL NORIEGA, ESQ.*
MNORIEGA@MNORIEGALAW.COM

*OF COUNSEL*
Remi L. Spencer, Esq*

*Members of NY & NJ Bar

September 29, 2009

*VIA REGULAR MAIL*
Honorable Freda L. Wolfson
United States District Judge
402 East State Street
Room 5050
Trenton, NJ 08608

RECEIVED

OCT 05 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:   *United States v. Hugo Daniel Solana*
      Docket No. 09-00425-001

Dear Judge Wolfson:

As you are aware, this law firm represents the defendant in the above captioned matter. Mr. Solana last appeared before your Honor for sentencing on September 21, 2009. During my presentation to the court regarding sentencing, I failed to make a formal request to the court to permit Mr. Solana's passport to be returned to him. I spoke to Assistant U.S. Attorney Moscato and received his consent regarding this matter immediately prior to the sentencing, but failed to address it with the court. Mr. Solana surrendered his United States and Uruguayan passports to pre-trial services and I respectfully request that your Honor authorize that pre-trial services permanently return these items to him.

Should the Court have any questions or concerns regarding this matter, please do not hesitate to contact me.

Respectfully,

MICHAEL NORIEGA

cc:   Anthony Moscato (AUSA) – *Via Regular Mail*
      Hugo Daniel Solana – *Via US Mails*

IT IS SO ORDERED:

FREDA L. WOLFSON/U.S.D.J.   10-5-09